IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JAMES ALLEN COBB,

    Plaintiff,

v.                              CIVIL ACTION NO.: CV612-085

ROBERT S. REEVES, Judge; DENISE
HOBBS, Deputy Clerk, Superior Court;
JAY LAWSON, Clerk, Superior Court;
HAYWARD ALTMAN, District Attorney;
and TOBE KARRH,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief may be granted. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this 30 day of Oct, 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)