UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JAMES ALLEN COBB,

Plaintiff,

v.                          6:12-cv-85

ROBERT S. REEVES, Judge; DENISE
HOBBS, Deputy Clerk, Superior Court;
JAY LAWSON, Clerk, Superior Court;
HAYWARD ALTMAN, District
Attorney; and TOBE KARRH,

Defendants.

## ORDER

Before the Court is a letter from James Cobb that the Court construes as a motion for reconsideration. ECF No. 11. Cobb appears to ask the Court to reconsider its dismissal of his 42 U.S.C. § 1983 suit for failure to state a claim. But Cobb offers no legally sufficient reason for this Court to do so. Nor does he rebut the reasons outlined in the Magistrate Judge's Report and Recommendation for why his complaint failed to state a claim. In fact, Cobb admits that "by law" the evidence he submits "probably doesn't [state a claim]." *Id.* at 1. Law is the business of this Court. And by law Cobb failed to state a claim. Cobb's motion for reconsideration is *DENIED*.

This 28 day of February 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA